UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON CARMONA and MIRIAM FRANCO *as Parents and Natural Guardians of K.C.*,

                Plaintiffs,

-v.-

RICHARD CARRANZA, *in his official capacity as Chancellor of New York City Department of Education,* and NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendants.

19 Civ. 11937 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    For the reasons stated on the record on January 8, 2021, Plaintiffs' motion for attorneys' fees is DENIED and this case is DISMISSED with prejudice. The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

    SO ORDERED.

Dated:   January 15, 2021
           New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge